UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JUDGES OF THE PROBATE COURT RETIREMENT FUND OF GEORGIA, Derivatively on Behalf of Nominal Defendant DXC TECHNOLOGY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. SALVINO, JOHN SWEENEY, KENNETH P. SHARP, ROBERT F. DEL BENE, MUKESH AGHI, AMY E. ALVING, DAVID A. BARNES, RAUL J. FERNANDEZ, DAVID L. HERZOG, ANTHONY GONZALEZ, MARY KRAKAUER, KARL RACINE, IAN READ, DAWN ROGERS, MANOJ SINGH, CARRIE TEFFNER, AKIHIKO WASHINGTON, and ROBERT F. WOODS <br><br> Defendants, <br> and <br><br> DXC TECHNOLOGY COMPANY, <br><br> Nominal Defendant. | Civil Action No. 1:24-cv-02144-AJT-WEF |

**STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING
<u>ACTION WITHOUT PREJUDICE</u>**

Plaintiff Judges of the Probate Court Retirement Fund of Georgia ("Plaintiff"), proceeding derivatively on behalf of DXC Technology Company ("DXC" or the "Company"), together with Defendants Michael J. Salvino, John Sweeney, Kenneth P. Sharp, Robert F. Del Bene, Mukesh Aghi, Amy E. Alving, David A. Barnes, Raul J. Fernandez, David L. Herzog, Anthony Gonzalez, Mary Krakauer, Karl Racine, Ian Read, Dawn Rogers, Manoj Singh, Carrie Teffner, Akihiko Washington, and Robert F. Woods, (collectively, "Defendants" and, together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1

## RECITALS

WHEREAS, on August 2, 2024, a federal securities class action, captioned *Roofers' Pension Fund v. DXC Technology Company, et al.*, Case No. 1:24-cv-01351, was filed in this Court (the "Securities Class Action"), asserting claims under the Securities Exchange Act of 1934 against DXC and four of its current and former officers and directors—Michael J. Salvino, John Sweeney, Kenneth P. Sharp, and Robert F. Del Bene;

WHEREAS, on November 27, 2024, Plaintiff, proceeding derivatively on behalf of DXC, filed a Verified Shareholder Derivative Complaint in the above-captioned action ("this Action");

WHEREAS, Plaintiff in this Action asserts breach of fiduciary duty and related claims on behalf of DXC, as a nominal defendant, against certain of the Company's current and former officers and directors, including Messrs. Salvino, Sweeney, Sharp, and Del Bene, based on allegations that overlap with the facts alleged in the Securities Class Action;

WHEREAS, on February 20, 2025, in the interest of judicial efficiency and given the overlapping allegations, the Parties stipulated to stay this Action pending resolution of the Securities Class Action, and the Court approved such stipulation on February 21, 2025, *see* Feb. 21, 2025 Stipulation & Order Staying Action (the "Stay Order");

WHEREAS, on March 27, 2025, this Court dismissed the Securities Class Action with prejudice and entered final judgment in defendants' favor, *see In re DXC Tech. Co. Sec. Litig.*, 2025 WL 950398 (E.D. Va. Mar. 27, 2025) (the "Class Action Dismissal");

WHEREAS, the April 28, 2025 deadline for any appeal of the Class Action Dismissal has now passed, and no appeal of the Court's dismissal decision was filed;

WHEREAS, the Stay Order directed that, upon dismissal of the Securities Class Action with prejudice, and exhaustion of any appeals related thereto, "the Parties shall, within fourteen (14) days, meet and confer regarding appropriate next steps to be taken in this Derivative Action and notify the Court accordingly within twenty-one (21) days";

WHEREAS, the Parties subsequently met and conferred regarding the import of the Class Action Dismissal and believe that voluntary dismissal of this Action is appropriate in light of the

Court's decision;

WHEREAS, the Parties now stipulate to the voluntary dismissal of this Action without prejudice, with each side to bear its own costs and fees; and

WHEREAS, the Parties respectfully submit that notice of said dismissal is unnecessary to protect the interests of the Company's shareholders because (i) the dismissal is without prejudice; (ii) there has been no settlement or compromise between the Parties or attempts to seek such; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiff nor their counsel have received or will receive any consideration from Defendants for the dismissal;

## **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties; through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 23(e), 23.1(c) and 41(a)(1)(A)(ii), and subject to Court approval, as follows:

1. This Action is dismissed in its entirety, without prejudice;
2. Each side shall bear its own costs, fees, and expenses, including attorneys' fees; and
3. For the reasons noted above, notice of this dismissal to DXC stockholders is not required.

**IT IS SO STIPULATED:**

DATED this 16th day of May 2025.                  DATED this 16th day of May 2025.

*/s/ Steven J. Toll*                                              */s/ Stephen P. Barry*

Steven J. Toll (Va. Bar No. 15300)
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Avenue NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Stephen P. Barry (Va. Bar No. 81839)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
stephen.barry@lw.com

3

Thomas Curry (*Pro hac vice* forthcoming)
**SAXENA WHITE P.A.**
824 N. Market Street, Suite 1003
Wilmington, Delaware 19801
Telephone: (302) 485-0483
tcurry@saxenawhite.com

David Wales (*Pro hac vice* forthcoming)
Joshua Nelson (*Pro hac vice* forthcoming)
**SAXENA WHITE P.A.**
10 Bank Street, Suite 882
White Plains, New York 106060
Telephone: (914) 437-8551
dwales@saxenawhite.com
jnelson@saxenawhite.com

-and-

Adam Warden (*Pro hac vice* forthcoming)
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, FL 33424
Telephone: (561) 394-3399
awarden@saxenawhite.com

*Attorneys for Plaintiff Judges of the Probate Court Retirement Fund of Georgia*

*Counsel for Nominal Defendant DXC Technology Company, Michael J. Salvino, John Sweeney, Kenneth P. Sharp, Robert F. Del Bene, Mukesh Aghi, Amy E. Alving, David A. Barnes, Raul J. Fernandez, David L. Herzog, Anthony Gonzalez, Mary Krakauer, Karl Racine, Ian Read, Dawn Rogers, Manoj Singh, Carrie Teffner, Akihiko Washington, and Robert F. Woods*

**SO ORDERED.**

DATED: _____, 2025

                                              HON. ANTHONY J. TRENGA
                                              UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2025, I electronically filed the foregoing Stipulation and [Proposed] Order with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all registered users.

*/s/ Stephen P. Barry*
Stephen P. Barry
